UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 DEC 17 PM 5: 01

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>MARK ANDERSON<br><br>Defendant. | CASE NO. 3:20-cr-148<br>JUDGE Thomas M. Rose<br><br>INDICTMENT<br><br>21 U.S.C. §§ 846 and 841(a)(1)<br>[Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances] |

**THE GRAND JURY CHARGES:**

### COUNT 1
[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)]

Between a beginning date unknown, but at least by in or around 2017, and on or about December 15, 2020, in the Southern District of Ohio, and elsewhere, defendant **MARK ANDERSON,** and others known and unknown to the Grand Jury knowingly and intentionally conspired to possess with the intent to distribute and to distribute controlled substances – namely:

a. 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and

b. 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl], a Schedule II controlled substance;

in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

A TRUE BILL

s/FOREPERSON
FOREPERSON

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

*Elizabeth R. Rabe*
Elizabeth R. Rabe and Amy M. Smith
Assistant U.S. Attorneys

2