IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:20CR148 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| vs. | : | |
| MARK ANDERSON, | : | ORDER STAYING PRETRIAL RELEASE |
| Defendant. | : | |

Upon Motion of United States and for good cause shown, the Order granting Pretrial Release issued by United States Magistrate Judge John E. McDermott, Central District of California, Western Division Los Angeles in Case No. 2:21-mj-0277 on February 23, 2021 is hereby stayed until the undersigned has made a ruling on the United States' Appeal of said Order.

SO ORDERED.

DATE: February 25, 2021

*s/Thomas M. Rose*
_____
JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT