**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cr-148 |
| Plaintiff, | : | |
| | : | Judge Thomas M. Rose |
| v. | : | |
| | : | |
| MARK ANDERSON | : | |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER REGARDING BRIEFING ON THE UNITED STATES'
MOTION FOR REVOCATION OF MAGISTRATE JUDGE'S RELEASE
ORDER (DOC. 10)**

On February 24, 2021, the United States of America (the "Government") filed a Motion to Stay Pending Appeal and Appeal of California Magistrate Judge's Order of Pretrial Release (the "Motion"). (Doc. 10.) In the Motion, the Government seeks review of the release order issued by Magistrate Judge John E. McDermott of the United States District Court for the Central District of California pursuant to 18 U.S.C. § 3145(a)(1) and moves for revocation of the order and for an order directing that the Defendant be detained without bond. On March 4, 2021, the Court appointed counsel for the Defendant, Mark Anderson ("Anderson"). (Doc. 12.) On March 5, 2021, transcripts of proceedings that took place before Magistrate Judge McDermott in the Central District of California were filed in this action. (Docs. 13 and 14.)

To assist in facilitating the prompt determination of the Motion, the Court ORDERS that Anderson, through his counsel, file any opposition to the Motion on or before March 18, 2021 and that the Government file any reply to any such opposition on or before March 22, 2021. It is the

1

Court's intention that the Motion will then be considered ripe for determination.

      **DONE** and **ORDERED** in Dayton, Ohio, this Thursday, March 11, 2021.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
